AO 247 (10/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| United States of America | ) | Case No: 4:09CR849 TLW (1)_____ |
| | ) | USM No: 18577-171_____ |
| -versus- | ) | William F. Nettles, IV, Public Defender |
| | ) | *Defendant's Attorney* |
| **Franklin Lee Brown** | ) | |
| | ) | |
| Date of Previous Judgment: April 8, 2010 | ) | |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❒ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of one hundred one (101) months, which consists of forty-one (41) months as to Counts 1 and 2, with such terms to run concurrently, and pursuant to statute, sixty (60) months consecutive as to Count 3, **is reduced to** ninety (90) months, which consists of thirty (30) months as to Counts 1 and 2, with such terms to run concurrently, and pursuant to statute, sixty (60) months consecutive as to Count 3 for a total aggregate sentence of ninety (90) months . In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the original judgment filed April 8, 2010 shall remain in effect.

**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date:    November 22, 2011 | s/ Terry L. Wooten_____ |
| | *Judge's signature* |
| Effective Date: _____ | Terry L. Wooten, United States District Judge |
| *(if different from order date)* | *Printed name and title* |