AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Franklin Lee Brown | ) | Case No: 4:09-cr-00849-TLW |
| | ) | USM No: 18577-171 |
| Date of Original Judgment: 04/06/2010 | ) | |
| Date of Previous Amended Judgment: | ) | Michael A. Meetze |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  90*  months **is reduced to**  84** months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

\* This term consists of 30 months on Counts 1 and 2, and 60 months consecutive on Count 3.

\*\* This term consists of 24 months on Counts 1 and 2, and 60 months consecutive on Count 3.

If this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as otherwise provided, all provisions of the judgment dated  04/06/2010  shall remain in effect.
**IT IS SO ORDERED**.

| Order Date: | 05/12/2015 | s/ Terry L. Wooten |
|---|---|---|
| | | *Judge's signature* |
| Effective Date: | 11/01/2015 | Terry L. Wooten, Chief United States District Judge |
| | *(if different from order date)* | *Printed name and title* |